# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128521

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RIVER CITY CONSTRUCTION, INC.,
      Plaintiff-Appellee,

v

SC: 128521
COA: 250721
Oakland CC: 2001-034304-CK

ABC PAVING COMPANY,
      Defendant/Third-Party Plaintiff/
      Cross-Plaintiff/Appellant,

v

COMMERCE CHARTER TOWNSHIP,
      Third-Party Defendant and
      Cross-Defendant/Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121